**Order entered December 17, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00698-CV

**BEAMERS PRIVATE CLUB D/B/A PRIVAE LOUNGE, ET AL., Appellants**

**V.**

**STACEY M. JACKSON, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JERRY BROWN, JR., Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-13245**

## ORDER

Before the Court is appellee's December 13, 2019 unopposed second motion for an extension of time to file her brief on the merits. We **GRANT** the motion and extend the time to **January 22, 2020**. We caution appellee that further extension requests will be disfavored.

/s/    KEN MOLBERG
JUSTICE